# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00615-NYW

LEONARD A. MARES,

    Plaintiff,

v.

RICK RAEMISCH, Executive Director, P.P.M.U.,
RUIZ, Mrs., Case Manager, and
GONZALES, Mrs., Case Manager,

    Defendants.

## ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING DEADLINE FOR FILING OF CONSENT/NONCONSENT FORM

    This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

    IT IS ORDERED that a Status Conference is hereby set for **May 19, 2016, at 10:00 a.m.** in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LR 16.2.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed. **Plaintiff and his case manager shall contact the court at (303) 335-2600 on the above date and at the designated time in order to participate**.

    IT IS FURTHER ORDERED that the parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**May 12, 2016**

IT IS FURTHER ORDERED that a copy of this Order is to be sent to the following:

CASE MANAGER FOR
LEONARD A. MARES #81772

BENT COUNTY CORRECTIONAL FACILITY (BCCF)
11560 ROAD FF78
LAS ANIMAS, CO 81054-9573

DATED: April 7, 2016                    BY THE COURT:

                                        s/Nina Y. Wang_____
                                        United States Magistrate Judge